Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

UNITED STATES OF AMERICA

vs.        Crim. No. 1:99CR112-02

Harry James McDaniels

On March 1, 2001 the above named was placed on Supervised Release for a period of 3 years. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Harry James McDaniels be discharged from supervision.

Respectfully submitted,

by     s/ Scott D. Aldridge
Scott D. Aldridge
Senior U.S. Probation Officer
B-3 U.S. Courthouse Building
100 Otis Street
Asheville, NC 28801
(828) 771-7346

Approved By:

s/ B. Beattie Logan III
B. Beattie Logan III
Supervising U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from Supervised Release and that the proceedings in the case be terminated.

Date: February 25, 2008

Lacy H. Thornburg
United States District Judge